Dismissed for want of jurisdiction. 1. *Eustis* v. *Bolles,* 150 U. S. 361; *Preston* v. *Chicago,* 226 U. S. 447, 450; *Wood* v. *Chesborough,* 228 U. S. 672, 677. 2. *Deming* v. *Carlisle Packing Co.,* 226 U. S. 102; *Standard Oil Company of Indiana* v. *Missouri,* 224 U. S. 271, 287. *Mr. W. F. Hays* and *Mr. Chas. E. Shepard* for the plaintiff in error. *Mr. Alfred Battle, Mr. George B. Cole, Mr. Richard A. Ballinger, Mr. George E. de Steiguer, Mr. Jas. A. Kerr, Mr. W. V. Tanner, Mr. Douglas C. Conover, Mr. Wm. M. Watson, Mr. Chas. W. Bunn, Mr. Ira Bronson, Mr. Jas. B. Murphy, Mr. Wm. B. Stratton* and *Mr. John C. Higgins* for the defendants in error.

---

No. 103. JOHN E. HEAVNER ET AL., PLAINTIFFS IN ERROR, *v.* THE CITY OF ELKINS. In error to the Supreme Court of Appeals of the State of West Virginia. Argued December 5, 8, 1913. Decided December 15, 1913. *Per Curiam.* Judgment affirmed with costs. *Schaefer* v. *Werling,* 188 U. S. 516; *Detroit* v. *Parker,* 181 U. S. 399, etc. *Mr. A. R. Stallings* and *Mr. Jas. A. Bent* for the plaintiffs in error. *Mr. R. H. Allen* for the defendant in error.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF ADOLPH GRIMSINGER, PETITIONER. Submitted December 8, 1913. Decided December 15, 1913. Motion for leave to file a petition for writ of *habeas corpus* denied. *Mr. Geo. F. Curtis* for the petitioner. *The Solicitor General* opposing.

---

No. ——. Original. *Ex parte:* IN THE MATTER OF JONAS JONES, PETITIONER. Submitted December 15, 1913. De-

cided December 22, 1913. Motion for leave to file petition for writ of *habeas corpus* denied. *Mr. W. I. Cruce* and *Mr. A. C. Cruce* for the petitioner. *The Solicitor General* opposing.

---

No. 449. PARKER-WASHINGTON COMPANY, PLAINTIFF IN ERROR, *v.* HAROLD CRAMER, A MINOR, ETC. In error to the District Court of the United States for the Northern District of Illinois. Motion to dismiss or affirm, etc., submitted December 22, 1913. Decided January 5, 1914. *Per Curiam.* Dismissed for want of jurisdiction. *Union Trust Company of St. Louis* v. *Westhus*, 228 U. S. 519. *Mr. Henry R. Rathbone* and *Mr. Shepard Barclay* for the plaintiff in error. *Mr. Michael F. Gallagher* for the defendant in error.

---

No. ——. Original. JAMES M. COCKINS, PETITIONER, *v.* ADELAIDE MILLER BLICK AND HORACE J. MILLER. Submitted December 22, 1913. Decided January 5, 1914. Petition for a writ of error denied. *Mr. Samuel S. Mehard* and *Mr. Harvey A. Miller* for the petitioner. *Mr. John S. Ferguson* and *Mr. Joseph N. Ulman* for the respondents.

---

*Decisions on Petitions for Writs of Certiorari from October 13, 1913, to January 5, 1914.*

No. 709. THE UNITED STATES, PETITIONER, *v.* NIPISSING MINES COMPANY. October 20, 1913. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Second Circuit granted. *The Attorney*